UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Bridget Louise Price

Debtor(s)

Case No.: 05 B 32397

Chapter: 13

Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Tom Vaughn, Chapter 13 Trustee, 200 South Michigan, Suite 1300, Chicago, IL 60604
Bridget Louise Price, Debtor(s), 16517 W. Woodlawn Avenue, South Holland, IL 60473
Debra J. Vorhies Levine, Attorney for Debtor(s), 53 W. Jackson Boulevard Suite 404, Chicago, IL 60604

You are hereby notified that debtor(s) is(are) due to CITIMORTGAGE INC FNA ABN AMRO MORTGAGE GROUP, INC. for the contractual mortgage payment due 11/01/2009. On 3/3/2010 when the Trustee Filed the Notice of Payment of Final Mortgage Cure Amount the Debtor owed for the 11/01/2009 through 03/01/2010 post-petition mortgage payments, with the 04/01/2010 coming due. The current mortgage payment amount due each month is $2,091.30. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any out standing pre-petition amounts also remain due.
Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/30/2010, CITIMORTGAGE INC FNA ABN AMRO MORTGAGE GROUP, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on April 30, 2010.

/s/ Peter C. Bastianen
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-04-D789)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.